FILED
2014 Mar-19  AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Complete Care Medical Clinics LLC**
   c/o Patrick E. Ifediba, Registered Agent
   1300 Bessemer Road
   Birmingham, Alabama 35208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 3/14/14
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2014 MAR 17 P 12:15
   U.S. DISTRICT COURT
   N.D. OF ALABAMA

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7012 2920 0000 4166 2666

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Patrick Ifediba MD LLC**
   c/o Patrick E. Ifediba, Registered Agent
   1300 Bessemer Road
   Birmingham, Alabama 35208

   2:14-CV-391-WMA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 3/14/14
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2014 MAR 17 P 12:16
   U.S. DISTRICT COURT
   N.D. OF ALABAMA

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7012 2920 0000 4166 2680

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540